# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:12 cr 20-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| AVERY TED "BUCK" CASHION, III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned, pursuant to a motion filed by counsel for defendant entitled "Motion to Continue Hearing on Status of Counsel" (#30). In the motion, counsel for defendant request a continuance of the arraignment and the hearing of a motion (#24) filed by the government to disqualify counsel for defendant. The defendant requests the additional time to be allowed to respond to the government's motion to disqualify. The government does not object to the granting of the motion. Good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Continue Hearing on Status of Counsel" (#30) is hereby **ALLOWED** and the arraignment hearing and the hearing of the government's motion is continued until **May 3, 2012 at 9:30 a.m.** in Courtroom #2 of the United States Courthouse in Asheville, NC.

Signed: May 2, 2012

Dennis L. Howell
United States Magistrate Judge

2